IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**VIVEK SHAH**                                                                                   **PLAINTIFF**
Reg. #43205-422

v.                       Case No. 2:15-cv-00044-KGB

**UNITED STATES DEPARTMENT OF JUSTICE** *et al*.                   **DEFENDANT**

## JUDGMENT

Consistent with the Opinion and Order entered on this date, it is considered, ordered, and adjudged that plaintiff Vivek Shah's claims against defendants are dismissed with prejudice. The relief sought is denied.

So adjudged this 7th day of July, 2016.

_____
Kristine G. Baker
United States District Judge